# EXHIBIT A

| IP Address | ISP | Date / Time (UTC) | Torrent File |
|---|---|---|---|
| 207.237.203.212 | RCN Corporation | 2010-11-30 10:38:21 PM | 216293_taylorlittlepov.avi |