# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: Lightspeed Media Corp. v. Doe          Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Lightspeed Media Corporation

| | |
|---|---|
| NAME (Type or print) | |
| John L. Steele | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ John Steele | |
| FIRM | |
| Steele Hansmeier PLLC | |
| STREET ADDRESS | |
| 161 N Clark St., Suite 4700 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6292158 | 312-880-9160 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL