# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION ) | |
| ) | CASE NO.: |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: |
| ) | Magistrate Judge: |
| DOE ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND <u>NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2</u>

Plaintiff Lightspeed Media Corporation does not have a parent corporation. No publicly held company owns 5% or more of Plaintiff's stock.

                                                          Respectfully submitted,

                                                          LIGHTSPEED MEDIA CORPORATION

**DATED:** January 12, 2011

                                                 By:   <u>/s/ John Steele</u>
                                                            John Steele (Bar No. 6292158)
                                                            Steele Hansmeier PLLC
                                                             161 N. Clark St.
                                                              Suite 4700
                                                              Chicago, IL 60601
                                                              312-880-9160;   Fax 312-893-5677
                                                              jlsteele@wefightpiracy.com
                                                              *Attorney for Plaintiff*