**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION | ) | |
| | ) | CASE NO.: 1:11-cv-00209 |
| Plaintiff, | ) | |
| | ) | Judge: John F. Grady |
| v. | ) | |
| | ) | |
| DOE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff Lightspeed Media Corporation ("Lightspeed"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in its complaint against Defendant Doe and all individuals and entities associated with IP address 207.237.203.212 with prejudice. Lightspeed is dismissing this action because the parties have reached a mutually satisfactory resolution of their differences. Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

LIGHTSPEED MEDIA CORPORATION

**DATED:** February 10, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*